

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> SERGE OHANES KARAMOUSSAYAN, <br> Debtor | Ch. 13 <br> 19-10975-JEB |

### Proceeding Memorandum and Order

**MATTER:**
#253 Motion of Massachusetts Department of Revenue to Dismiss Case

**Decision set forth more fully as follows:**
Hearing held.  For the reasons set forth on the record, the Motion is allowed and the case is dismissed.

Dated: 3/18/2021

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge