# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

*Dated: 3/19/2021* [judge's signature]

*This Motion is moot since the case has been dismissed.*

| | |
|---|---|
| SERGE KARAMOUSSAYAN,<br>Debtor, | Chapter 13<br>Case No. 19-10975 |

### MOTION OF JOHN R. GIOIOSA FOR LEAVE TO FILE PROOF OF CLAIM AND COMPLAINT OBJECTING TO DISCHARGEABILITY PURSUANT TO 11 U.S.C. § 523 (a)(2)(A), (a)(4), and (a)(6)

NOW COMES John R. Gioiosa, a creditor of Serge Karamoussayan. Gioiosa respectfully moves this Court for leave to file a proof of claim, and further, moves this Court for leave to file a complaint objecting to dischargeability of debt pursuant to 11 U.S.C. § 523 (a)(2)(A), (a)(4), and (a)(6). In support, Gioiosa states the following:

### FACTUAL BACKGROUND

1. John R. Gioiosa (herein "Gioiosa") is an individual and resides at 85 Amherst Avenue, Bridgewater, MA 02324.

2. Serge Karamoussayan (herein "Karamoussayan" or "Debtor") is an individual and resides at 12 Melendy Avenue, Watertown, MA 02477.

3. At all times relevant Debtor operated a jewelry store in Boston, MA called Serge's Fine Jewelry.[1]

4. On or about December of 2015, Gioiosa visited Serge's Fine Jewelry, and spoke with Debtor about selling a certain diamond ring. See Affidavit of John R. Gioiosa attached hereto as Exhibit A, ¶ 3.

5. Debtor informed Gioiosa that Debtor would buy the ring from Gioiosa for $13,500.00, as he had a buyer he could sell it to in New York. Id. ¶ 4.

6. Gioiosa agreed to sell the ring to Debtor for $13,500.00, and Debtor agreed to pay Gioiosa the

---

1 For ease of reference the undersigned at times refers to Serge Karamoussayan and Serge's Fine Jewelry interchangeably.